AO 91 (Rev. 5/85) Criminal Complaint

E-FILED
Friday, 07 January, 2005 01:14:07 PM
Clerk, U.S. District Court, ILCD

# United States District Court

| CENTRAL | DISTRICT OF | ILLINOIS |

UNITED STATES OF AMERICA

v.

CORTEZ L. TRAPPS
3433 West Fallen Oak, Apt. 1A
Peoria, Illinois

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-mj-6002

FILED
JAN - 7 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 6, 2005** in **Peoria** county, in the **Central** District of **District** defendant(s) did, (Track Statutory Language of Offense) knowingly possess 50 grams or more of cocaine base (crack), a Schedule II Controlled Substance, with intent to distribute,

in violation of **21** United States Code, Section(s) **841(a)(1) and (b)(1)(A)**

I further state that I am a(n) **Task Force Officer** and that this complaint is based on the following facts:

See Attached

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

s/ John P. Couve
Signature of Complainant

Sworn to before me and subscribed in my presence,

January 7, 2005         at    Peoria, Illinois
Date                             City and State

John A. Gorman
United States Magistrate Judge            s/ John Gorman
Name & Title of Judicial Officer            Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF COMPLAINT

1. Complainant has been a police officer with the City of Peoria for the past seventeen years and is currently assigned to the Special Investigations Division, Vice and Narcotics Unit. Complainant has attended basic law enforcement classes and a Cook County Multi-County Enforcement Group (MEG) forty hour basic narcotics investigation school. Complainant was recently sworn in as a Federal Task Force Officer with the DEA in Springfield, Illinois.

2. This affidavit is made in support of an application for an arrest warrant for Cortez L. TRAPPS. The unlawful activities are the possession with intent to distribute more than fifty grams of a mixture and substance containing crack cocaine, in violation of Title 21 U.S.C., Section 841 (a)(1) and (b)(1)(A).

3. Your affiant is familiar with the following facts based upon your affiant's personal observations and upon information officially supplied to your affiant by other law enforcement agents or the people described in this affidavit.

4. On January 6, 2005, members of the Peoria Police S.I.D. unit conducted a search warrant at 3433 W. Fallen Oak, apartment #1A and Cortez L. TRAPPS, D.O.B. 07/09/1981. During investigations, we determined TRAPPS to be a distributor of cocaine in the Peoria area. During this investigation, enough information was gathered to prepare a complaint for search warrant and search warrant for TRAPPS and 3433 W. Fallen Oak, apartment #1A. These documents were reviewed and signed by Judge A. Purham.

5. The search warrant was executed on TRAPPS and the residence in the evening hours of January 6, 2005. During the search, approximately 63 grams of suspected crack cocaine was seized. Approximately 6.7 grams of the 63 grams was located on the person of TRAPPS. Officer T. Moore conducted a field test on the suspected crack cocaine using the Valtox kit and a positive reaction for the presence of cocaine was observed.

6. Inside the residence, officers located a .22 caliber handgun loaded with five live rounds of ammunition and one spent round of ammunition.

7. Inside the home, officers also found a photograph of TRAPPS, along with paperwork in TRAPPS' name at the listed address. In addition, officers also found a digital scale with suspected crack cocaine residue on the scale. Based upon your affiant's experience, your affiant knows that drug dealers often use scales

1

to weigh crack cocaine for its subsequent distribution based on weight.

8. Based on the information in this affidavit, your affiant requests the issuance of an arrest warrant for Cortez L. TRAPPS.


_s/ John P. Couve_
TFO John P. Couve
Drug Enforcement Administration


Sworn to and subscribed to
Before me this date

January 7, 2005


_s/ John Gorman_
United States Magistrate Judge
John A. Gorman
Peoria, Illinois

2

DEFENDANT INFORMATION SHEET
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | | |
|---|---|---|---|
| Summons to Issue ___ | Notice to be sent ___ | Arrest Warrant  X | Custody ___ |
| United States Attorney to issue Writ ___ | | Superseding Indictment ___ | |
| Bond Recommended: | **Detention Requested** | | |
| To be Suppressed: | ___ Yes   X  No | | |

So Ordered: _____    Dated: _____
                         Judge

---

UNITED STATES OF AMERICA          CASE NO.        05-mj-6002

          vs.                      CHARGED BY:     Complaint

**CORTEZ L. TRAPPS**               PLACE OF OFFENSE:  Peoria County

                                   JUDGE:

---

DEFENDANT'S NAME:  Cortez L. Trapps           DOB: July 9, 1981
ADDRESS:  3433 West Fallen Oak, Apt. 1A       SEX: M    SSN: 356.70.4167
          Peoria, Illinois                    ALIEN:
ATTORNEY:                                     INTERPRETER:

PETTY ___    MINOR ___    MISDEMEANOR ___    FELONY  X

| CT(S) | OFFENSE CHARGED | U.S.C. CITATION | PENALTY |
|---|---|---|---|
| 1 | Possession with Intent to Distribute | 21 U.S.C. §841(a) and (b)(1)(A) | 10 years to life imprisonment; $4,000,000.00 fine; 8 years to life supervised release; and $100.00 special assessment<br><br>**If one or more priors:**<br>20 years to life imprisonment; $8,000,000.00 fine; Up to life supervised release; and $100.00 special assessment |

NAME OF COMPLAINANT AGENCY: __**Drug Enforcement Administration**__

## PROCEEDING

_____ Defendant is awaiting trial in another Federal or State Court.

    Name of Court _____

_____ Defendant/Proceeding is transferred from another district per FRCrP 20, 21 or 40.

    Rule: _____ District: _____

_____ Reprosecution of charges previously dismissed.

    Dismissed on motion   U.S. Attorney _____   Defense _____

_____ Prosecution relates to a pending case involving same defendant.

    Case No. _____

_____ Prosecution relates to prior proceeding(s) or appearance(s) before U.S. Magistrate.

    Magistrate Case No. _____

## CUSTODY

IN CUSTODY:

1. __X__ On this charge. Name of Court: _____
2. \_\_\_\_\_ On another charge. Name of Court: _____
3. \_\_\_\_\_ Awaiting trial on other charge. Name of Court: _____
4. \_\_\_\_\_ Detainer filed. Date filed: _____
5. \_\_\_\_\_ Date of arrest: _____
6. \_\_\_\_\_ If arresting agency and warrant not Federal, date transferred to U.S. Custody: _____

NOT IN CUSTODY:

1. \_\_\_\_\_ Has not been arrested pending outcome of proceedings.
       Date Summons served: _____
2. \_\_\_\_\_ Fugitive.
3. \_\_\_\_\_ On bail or release from another District.
       Name of District: _____

Name and Office of Person furnishing information on this form:

**Jan Paul Miller, United States Attorney**

Name of assigned Assistant United States Attorney (if any):

**Bradley W. Murphy, Assistant United States Attorney**