E-FILED
Tuesday, 18 January, 2005  08:32:38 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL  DISTRICT OF  ILLINOIS

UNITED STATES OF AMERICA

v.

CORTEZ L. TRAPPS
3433 West Allen Oak, Apt. 1A
Peoria, Illinois

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 05-mj-6002

FILED
JAN 1 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

YOU ARE HEREBY COMMANDED to arrest    CORTEZ L. TRAPPS
                                                                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offenses)
knowingly possessing 50 grams or more of cocaine base (crack), a Schedule II Controlled substance, with intent to distribute,

in violation of Title   21   United States Code, Section(s)   841(a)(1) and (b)(1)(A)

| John A. Gorman | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ John Gorman | January 7, 2005 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ No Bond Detention Requested   by   s/ John Gorman
                                                                                  Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendants at Peoria, IL

| DATE RECEIVED 1/11/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/6/05 | John Couve TFO/DEA | s/ Officer |